# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. CR 08-039-C-BLW |
| v. ) | **REPORT AND** |
| ) | **RECOMMENDATION** |
| HEATHER WISBY STEWART, ) | |
| Defendant. ) | |

On September 10, 2008, Defendant appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. Defendant executed a written waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to Defendant the nature of the charges, the maximum penalties applicable, her constitutional rights, the effect of the Sentencing Guidelines, and that the District Judge would not be bound by any agreement of the parties as to the penalty to be imposed.

Having conducted the change of plea hearing and having inquired of Defendant, her counsel, and counsel for the United States, the Court concludes that there is a factual basis for Defendant's plea of guilty, and that it was entered voluntarily and with full knowledge of the consequences, and that the plea should be accepted.

## RECOMMENDATION

Based upon the foregoing, and the Court being otherwise fully advised in the premises, it is hereby **RECOMMENDED** that the District Court accept Defendant's plea of guilty to the charge contained in the Indictment.



DATED: **September 10, 2008.**

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

LMB

U.S. DISTRICT COURT

DISTRICT OF IDAHO

SENTENCING DATE MILEPOSTS

UNITED STATES OF AMERICA

    vs.                      Criminal # 08-039-C

Heather Stewart                      BLW

1. Date of Sentence  1/13/09 at 9:00 Cda
   70 days minimum from plea.

2. Original Report to Counsel  12/9/08
   35 Days before sentencing date

3. Notification of Objections by Counsel  12/23/08
   14 days after original report to Counsel.

4. Final Report to Court and Counsel  1/6/09
   7 days before sentencing date.

Note: **Please advise counsel that sentencings will be scheduled to last 30 minutes only. Should counsel require more time, they are to notify LaDonna Garcia at least one week prior to the sentencing date.**